# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Dennise Moreno
Tom Phillip
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 4, 2026

Honorable Pamela Pepper, Chief Judge
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE:    *United States v. Nelson Roberts-Smith*
       Case No. 25-cr-133

Dear Judge Pepper,

Pursuant to the Court's April 3, 2026, order, counsel for Mr. Roberts-Smith and the government provide the following update on the status of Mr. Roberts-Smith's case.

The parties' discussions about a potential resolution of this case have involved discussions about Mr. Roberts-Smith's pending state matter, Racine County Case No. 25CF587, which arose from the same conduct underlying the federal indictment. Mr. Roberts-Smith is scheduled to appear in state court for a plea hearing on May 19, 2026. Undersigned counsel has been informed by Mr. Roberts-Smith's state counsel that negotiations in the state matter are ongoing. There thus remains uncertainty about the likely outcome of Mr. Roberts-Smith's state matter, which impacts a potential resolution of his federal case.

Accordingly, the defense and the government request that this Court schedule a joint status report or status hearing in approximately 30 to 60 days, to give the parties an opportunity to learn whether the state matter is likely to resolve or be set for trial. The parties request that the Court make a finding under 18 U.S.C. § 3161(h)(7)(a) and (B)(iv),

Honorable Pamela Pepper, Chief Judge
April 2, 2026
Page 2

that the ends of justice served by the extension outweigh the best interests of the defendant and the public in a speedy trial.

Sincerely,

*/s/ Alexandra Douglas*
Alexandra Douglas